UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| | : | VIOLATION: |
| | : | |
| v. | : | 18 U.S.C. § 970 |
| | : | 22 D.C. Code § 303 |
| | : | 22 D.C. Code § 3312.01 |
| REBECCA KANTER | : | 22 D.C. Code § 3302 |
| | : | |
| Defendant. | : | |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about July 23, 2019, in the District of Columbia, the defendant, **REBECCA KANTER** did willfully with intent to intimidate, coerce, threaten, or harass, refuse to depart from a building located within the United States, which portion is used or occupied for official business or for diplomatic, consular, or residential purposes by a foreign government or foreign official, namely the House of Sweden, after a request by an employee of a foreign government or of an international organization authorized to make such request by the senior official of the unit or of such government or organization which occupies such portion of such building or premises or by a foreign official or any member of the foreign official's staff who is authorized by the foreign official to make such request or by any person present having law enforcement powers, in violation of Title 18, United States Code, Section 970(b)(2). (**Protection of Property Occupied by Foreign Governments**, in violation of Title 18, United States Code, Section 970(b)(2)).

### COUNT TWO

On or about July 23, 2019, in the District of Columbia, the defendant, **REBECCA KANTER** did maliciously injure or break or destroy, or attempt to injure or break or destroy, certain property, that is, a coffee table and teepee, property of the House of Sweden, causing damage in the amount less than $1000. (**Destroying Property**, in violation of 22 D.C. Code, Section 303 (2001 ed.)).

## COUNT THREE

On or about July 22, 2019, in the District of Columbia, the defendant, **REBECCA KANTER** did willfully and wantonly write, mark, draw, or painted a word, sign or figure upon certain property, that is, the building of the International Monetary Fund, without the consent of the International Monetary Fund, the owner and the person lawfully in charge thereof. (**Defacing Public or Private Property**, in violation of 22 D.C. Code, Section 3312.01 (2001 ed.))

## COUNT FOUR

On or about July 22, 2019, in the District of Columbia, the defendant, **REBECCA KANTER** did willfully and wantonly write, mark, draw, or painted a word, sign or figure upon certain property, that is, the building of the International Bank for Reconstruction and Development (the "World Bank"), without the consent of the International Monetary Fund, the owner and the person lawfully in charge thereof. (**Defacing Public or Private Property**, in violation of 22 D.C. Code, Section 3312.01 (2001 ed.))

## COUNT FIVE

On or about July 22, 2019, in the District of Columbia, the defendant, **REBECCA KANTER**, did without lawful authority enter, or attempt to enter, any private dwelling, building, or other property, or part of such dwelling, building, or other property, namely the International Bank for Reconstruction and Development (the "World Bank"), against the will of the lawful occupant or of the person lawfully in charge thereof, or being therein or thereon, without lawful authority to remain therein or thereon. (**Unlawful Entry on Property**, in violation of 22 D.C. Code, Section 3302 (2001 ed.)).

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By: DANIELLE ROSBOROUGH
Special Assistant United States Attorney
National Security Section
U.S. Attorney's Office
D.C. Bar No. 1016234
Danielle.Rosborough2@usdoj.gov